UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANTON POLIDORI,

                          Plaintiff,

                                                          <u>ORDER</u>

                                                          06-CV-6004L

                          v.

DEBRA JOY, et al.,

                          Defendants.
_____

    On January 24, 2008, plaintiff moved for reargument for summary judgment. By order entered, January 18, 2008, I granted defendants' motion for summary judgment and dismissed the complaint. Therefore, plaintiff's present motion is essentially a motion for reconsideration. Having reviewed plaintiff's papers, I see nothing new or different that warrants reconsideration. Therefore, plaintiff's notice of motion for reargument for summary judgment is in all respects denied.

    IT IS SO ORDERED.

                                                  _____
                                                     DAVID G. LARIMER
                                                     United States District Judge

Dated: Rochester, New York
       March 12, 2008.